# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Oregon

U.S. District Court case number: 1:19-cv-00766-CL

Date case was first filed in U.S. District Court: 05/15/2019

Date of judgment or order you are appealing: 05/27/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Federal Energy Regulatory Commission

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

1000 SW Third Avenue

Suite 600

City: Portland   State: OR   Zip Code: 97204

Prisoner Inmate or A Number (if applicable):

Signature: s/ Kevin C. Danielson   Date: Jul 24, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Federal Energy Regulatory Commission

Name(s) of counsel (if any):

Kevin C. Danielson

Address: 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204

Telephone number(s): 5037271000

Email(s): kevin.c.danielson@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Deb Evans; Ron Schaaf; Bill Gow; Sharon Gow; Stacey McLaughlin; Craig McLaughlin; Twyla Brown; Richard Brown; Clarence Adams; Stephany Adams; Niskanen Center

Name(s) of counsel (if any):

David Bookbinder (address below)
Tonia Moro, 19 S. Orange Street, Medford, Oregon 97501, (541)973-2063, tonia@toniamoro.com

Address: 820 1st Street, NE, Suite 675, Washington, DC 20002

Telephone number(s): (301) 751-0611

Email(s): dbookbinder@niskanencenter.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 6                                                       1                                       New 12/01/2018